UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) No. 1:20-CR-10136-18-RGS |
| | ) |
| **TARIK MUHAMMAD** | ) |

### AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS

I, Tarik Muhammad, do depose and state the following:

1. I am the defendant in the above-referenced matter.

2. On April 8, 2020, I was a front-seat passenger in a silver Volkswagen that was being operated in Boston, Massachusetts.

3. Boston Police and Federal agents stopped the car, and I was ordered to exit the car at gunpoint. I was removed and searched.

4. I identified myself to law enforcement officers, and police continued to search me at the scene. No contraband or weapons were located on my person. I was handcuffed. I continually questioned the reason for the detention, search, and arrest. I was not provided an explanation.

5. I could not, and did not, resist the detention or search. Police pulled my pants down in the course of the search, exposing my buttocks without my consent.

1

6. I was placed under arrested and transported to the police station, at which time I was subject to a search, and including a subsequent body cavity search, also without my consent.

7. This paper is filed to preserve my rights under the United States Constitution, and is not intended to be a full or complete statement of all facts that occurred that day.

Signed this 27 day of June 2021 under the pains and penalties of perjury.

*Tarik Muhammad*

Tarik Muhammad

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 3, 2021.

/s/ Austin Tzeng, Esq.
AUSTIN TZENG, ESQ.